FILED

NOV 30 2006

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SQUARE D COMPANY, | ) | CASE NO. 1:06CV2857 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| PLASTECH ENGINEERED PRODUCTS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The Court has been advised that this action has been settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that the inspection/inventory or other terms of the November 28, 2006 Agreed Order were not satisfied or completed and further litigation is necessary, or to (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

11/30/06
Date

*Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**United States District Judge**